JOSHUA S. GOODMAN, ESQ. - State Bar #116576
ZACHARY S. TOLSON, ESQ. - State Bar #242824
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone:   (415) 705-0400
Facsimile:     (415) 705-0411

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATE DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| SHANE GAREWAL,<br><br>                               Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT, and DOES 1 through 10,<br><br>                               Defendants. | Case No. 2:07-CV-01680-GEB-KJM<br><br>**STIPULATION AND REQUEST TO MODIFY SCHEDULING ORDER; [PROPOSED] ORDER TO GRANT AN EXTENSION OF TIME**<br><br>Judge:   The Honorable Garland E. Burrell, Jr. |

## **STIPULATION**

HOME DEPOT U.S.A., INC. and Plaintiff SHANE GAREWAL are in the process of trying to settle this case.  Expert witness disclosures are due on March 6, 2008 and rebuttal expert disclosures are due on April 7, 2008, per the pretrial scheduling order.  Trial is set over a year away, on March 10, 2009.

Both counsel have agreed and hereby stipulate to extend the time on producing expert witness disclosures, rebuttal experts, and the discovery cutoff by forty-five (45 days), or until April 20, 2008, May 22, 2008, and September 22 respectively (accounting for weekends).  We hereby respectfully request the Court grant this stipulated extension

//

-1-
STIPULATION AND ORDER GRANTING EXTENSION OF TIME

1  of time, and any other extensions or modifications as the Court sees fit.

2  DATED: March 5, 2008                    JENKINS GOODMAN NEUMAN &
3                                          HAMILTON LLP

4

5                                     By:    /s/
                                          ZACHARY S. TOLSON
6                                         Attorneys for Defendant
                                          HOME DEPOT U.S.A., INC.
7

8  DATED: March 5, 2008                    PENNEY & ASSOCIATES

9

10                                    By:    /s/
                                          JAMES E. GINGRICH
11                                        Attorneys for Plaintiff
                                          SHANE GAREWAL
12

13

14  **IT IS SO ORDERED.**

15  DATED: March 6, 2008

16

17

18  _____
    GARLAND E. BURRELL, JR.
19  Chief United States District Judge

20

21

22

23

24

25

26

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

STIPULATION AND ORDER GRANTING EXTENSION OF TIME